with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BOULEVARD CLOTHING MANUFACTURING CO., INC., Respondent, v. PUBLIC FINANCE COMPANY, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation), Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Defendant, Impleaded with ABRAHAM J. BERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SECOND NATIONAL BANK OF ERIE, PA., Respondent, v. PERCY A. E. ARMSTRONG, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ALLONA HOLDING CORPORATION, Appellant, v. PHŒNIX FACTORS CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ELSA BURFORD, Respondent, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Rando* v. *Royal Mail Steam Packet Co.*, 208 App. Div. 634.) Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CHARLES FAULKNER, Respondent, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

AJAX RUBBER COMPANY, INC., Appellant, v. J. P. DEVINE COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling. Merrell, McAvoy and Martin, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation), Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell. McAvoy and Martin, JJ.

THEODORE AARON, INC., Respondent, v. JULES ROSENBAUM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ISIDOR BAYER, Respondent, v. GREENWALD DISPLAY & FIXTURE CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling Merrell, McAvoy and Martin, JJ.

ELIZABETH I. ZEISLOFT v. FRANK A. MUNSEY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS ZIMMERMAN v. M. S. SCHEINMAN & CO., INC., and Others.— Motion

to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before May 1, 1926, with leave to appellant to serve an amended notice of appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MORRIS ZIMMERMAN v. M. S. SCHEINMAN & Co., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before May 1, 1926, with leave to appellant to serve an amended notice of appeal. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT BADER v. C. F. CHILDS & Co. and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BESSIE FRANK v. SAMUEL FRANK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

VIELE, BLACKWELL & BUCK v. UCHIDA TRADING Co., LTD.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of JACOB COHEN v. MORRIS WOHL.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT HOLMES, Individually and as Trustee, etc., and Others v. JOHNANNA R. BULLOCK, as Administratrix c. t. a., etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before May 1, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JAMES MERCER, Individually and as Guardian, etc., v. DANIEL REEVES, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT HOLMES, Individually and as Trustee, etc., v. CANDACE E. Q. CAMP, as Sole Executrix, etc., and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before May 1, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ROBERT HOLMES, Individually and as Trustee, etc., v. EMILY LEFFERTS JONES and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before M·y 1, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of ROBERT P. GREEN, Deceased.— Motion to dismiss appeal denied on condition that appellants procure record on appeal to be filed on or before April 26, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

SAMUEL ESSNER v. MORRIS BROWN and Others, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FREDERICK M. KERR v. SCOTT'S PREPARATIONS, INC., Impleaded, etc.— Application denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JOHN SHERMAN v. H. & B. WOLF & Co., INC.— Application denied, with ten